**Kim TRAN, Appellant**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 76989.**

Missouri Court of Appeals,
Western District.

June 17, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied July
23, 2014.

Kim Tran, St. Joseph, MO, appellant acting pro se.

Sara Harrison, Jefferson City, MO, for respondent.

Before Division Three: THOMAS H. NEWTON, P.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

**ORDER**

PER CURIAM:

Ms. Kim Tran appeals the decision of the Labor and Industrial Relations Com-

mission denying a request for unemployment benefits.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).